**528**

█ In the Matter of NATHAN PFEFFER, Petitioner, v. EDWARD A. GRZE-CHOWIAK, as Director of Licenses, et al., Respondents.— Motion granted and appeal dismissed unless records and briefs are filed and served on or before February 26, 1965. Memorandum: If there has been, as alleged by the petitioner, a failure on the part of the respondent to file a proper return in compliance with CPLR 7804 (subd. [g]), appropriate application should be made to Special Term to compel compliance.

█

## (January 14, 1965)

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE HOLLAND, Appellant.— Order unanimously affirmed. Memorandum: In deciding this case we have examined and taken judicial notice of the Clerk's minutes and the official reporter's transcript of the sentencing proceedings. (Appeal from order of Erie County Court denying, without a hearing, motion to vacate judgment of conviction for robbery, third degree, rendered November 15, 1961.) Present — Williams, P. J., Bastow, Goldman, Noonan and Del Vecchio, JJ.